UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

v.                    Case No.  05-cr-275-01-SM

<u>Laurie Lugocki</u>

O R D E R

Defendant Lugocki's motion to continue the final pretrial conference and trial is granted  (document 9).   Trial has been rescheduled for the August  2006 trial period.   Defendant Lugocki  shall file a waiver of speedy trial rights not later than March 3, 2006.   On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  July 21, 2006 at 11:00 a.m.

**Jury Selection**:  August 1, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

February 27,  2006

cc:   Jonathan Saxe, Esq.
      Alfred Rubega, AUSA
      Don Feith, AUSA
      US Probation
      US Marshal