UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

       v.                                    Case No. 05-cr-275-01-SM

<u>Laurie Lugocki</u>


<u>O R D E R</u>


      Defendant's assented-to motion to continue the trial (document no. 12) is granted. Trial has been rescheduled for the September 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than July 19, 2006. On the filing of such waiver, her continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:  September 1, 2006 at 10:30 AM

    Jury Selection:  September 6, 2006 at 9:30 AM

    SO ORDERED.

July 11, 2006

                                    Steven J. McAuliffe
                                    Chief Judge

cc:  Arnold Huftalen, Esq.
      Douglas Beaton, Esq.
      U. S. Probation
      U. S. Marshal